If you take into mind that this course did not involve the work period of the past 15 years, beginning in the late 1980s and through the mid-2000s, the years most of you are consistent with, you will find an inferential, causal existence, not to the degree that any other participant might actually be able to do. The court found that, as a paragraph state law, this is not to the degree that any evidence could only be considered relevant if each independent is certain that there was a causal essence between this indication and the evidence here during the execution of the crime. The court also explicitly overruled that I am speaking to counsel and should not be used to announce checks in appropriation and a necessary loss on the evidence of appropriation according to the definition in Section 2614. Counsel should not be used to assure interpretation of the treaty. In every case that is defined in their own court, necessarily, is valid. I don't think anything can be read that way. However, in the 50s, there was a fair amount of shake-up. This is important. And here is a lesson in court. In order to agree to a plea, it is essentially a really broad language that you, in the community, and in the court, can use to determine what the court's view should be. I think that any complete case appears to, in fact, just now be the key case. We also found that this occurred in every case during the time frame that we had indicated that the title of any case is a legal title. If you use the word law, it's a legal title. And the title of law is just a text card. It's just a generic article. It doesn't mean it's a law. A text card is just a deed in the contract. However, if you did not have a law, what would you be doing with that? Well, I think the key is about the circumstances that occur in each case. There was a year in which the house was designed to be a public article. Well, I think when you look at the significance of the case, you look at what happens in the context of the Supreme Court and in the affairs of the Supreme Court, and then view that in the context of the cases that were decided around that time as well. I think the key is about the circumstances that occur in each case. There was a year in which the house was designed to be a public article. If you look at the circumstances that occur in each case,  And then view that in the context of the cases that were decided around that time. I want to say a little touchdown. I want to say a little piece of advice. I have to break the keys. And also, I think the key is that we're also going to hear and to hear. And I think you need to take that into consideration that also that the year is occurred. It's just a conversation that you need to have. It's really essential to support the court. Do you have a case that you support, or do you have a case that you support? Do you have a case that you support, or do you have a case that you support? I do. I just want to add to that. I don't know if you all agree with that. If you do, if you make this kind of a case, if you recognize that this consistently happens, and you think about looking at those cases during that timeframe, you know, you need to set it up when you're looking at a court and you're looking at a case. You don't specifically choose the rules. And if you don't know how the police racial work rules were made by the state courts in New York City, you can essentially do an alternate case. Yes. In a sense of the court, it was somewhat clear that the court was very hard to follow. One of the things that I was concerned about was that some of the statutes in New York City, the courts in New York City, some of the courts in New York City, some of the courts in New York City, some of the courts in New York City, do not want to make that a case. They don't necessarily want to make that a case. So, if you're looking at a state court, you're looking at a state court. It could be that you consider that the state courts were coming across as a prison. And you chose to hold that case just because you thought that one of the things that you could come up after that situation. So, I'm wondering if you have any thoughts on that. Well, I think we're out of time. I think we're out of time. I think we're over our age. I agree that as one of the fears of a state court, the case that you create with a child court, the case that you create with a state court, a minor case, was neither significant enough to qualify as a dating factor, nor sufficiently substantial to cover the exigency of finding any non-dating factor. Absolutely. No, that's where it was initially intended. I agree that as one of the fears of a state court, the case that you create with a state court was neither significant enough to cover the exigency of finding any non-dating factor, nor sufficiently substantial to cover the exigency of finding any non-dating    the case that you create with a state court, a minor case, I think that you should in this case, I think that you have to follow the presumption that the state court's hold is so wrong and not so wrong, because even when it's right, when you speak to me, talk to me, speak to me, talk to me, but in any case, it's really tied into the problem that you have there. In many ways, the state court's theory in this country, it's a temporary country, it's a temporary solution. It's actually in a way, it's a clear hypothesis, which in theory, both of those cases, it wasn't that he was a murderer. He didn't begin to consider the way his intentions were to help. Part of the consideration was to consider whether or not the final evidence was covered. Also, the case that the state court decided to appeal, I mean, didn't they all go into some sort of shock, whether or not the exigency dating factor had some relationship to the crime that he was attempting to do? How long did this take? No, in fact, neither is the memory of Harrison's criminal part of the court found, as far as I know of it, as a feature of the title of the murder, as well as the ongoing dating factor. So, I wish that we could hear the possibilities of whether or not there was some sort of dating factor that could serve into the crime, or the case, or the case. That's what we're standing for today. We've got the process, we've got the data, we've got the questions, we've got the answers, we've got the evidence, but I wish you could take your time, or your time, and provide a documentation to establish that an exigency dating factor was part of the crime. It was not a murder. It was not a dating case. The court's analysis, actually, was my own case. And, again, that's all on this organization. So, see what you can expect, and how that you work, and to characterize things. So, quick, very specific words, characterization of the murder, which was important to me. So, a finding, a finding that most of other child courts did, I think, based, especially, the defenders of the court, found that age, age wasn't the only, you know, dating factor. It, it, it, it, it, it, it, it, it, it, it, it, it, it,                it was related to a social medical accident. But, what does it, what, what does it mean, w ready to determine хот shape shape shape shape car shape shape in in in  in Thank you. Mr. Freeman, please. He also demonstrated confidence in his case. Before the court held the first time that any of their subjects are on their review, Mr. Freeman is an under-the-serious or under-serious addict. And in his case, he demonstrated that exclusive evidence of substantial injuries that is not exclusively evidence of danger but is exclusive evidence where they need to be treated if you are being poignant. And when they are, there is extra measures to be taken. Here's his first testimony. He has a low IQ of 72. Also, he's emotionally functioning at the level of a high school 12-year-old. He's 17. He's mentally functioning at the level of an 11-year-old, which is rare. There's also substantial evidence from family and friends who have qualifications. He's never seen a car or a radio box. He only heard from students in 6th grade. He's diagnosed with chronic disability and will continue to comprehend you. His fears of any type of illness he wasn't able to actually read or do his homework. He also has a 6th grade memory. He was in 6th and 7th grade for 3 or 4 years. He never completed 7th grade. He was unable to cope with stress. He denounced 7th grade as a childhood. What was your experience as a student? As far as he's concerned, he had an experience where he loved the people that he placed in front of him. He was super kind. And he said, as for testimony, his moral and functional was not what he was learning. He's an advanced person with an IQ of 72. He was fortunate in society. So, isn't it possible to read the meaning of what the Supreme Court was saying so that this is not a meaningless sentence, a meaningless sentence? I don't think so. I think that, you know, especially if you take psychology, you have to take what's meant to be a reference for interpretation. And so, you know, he taught publications that produced a whole series of research, a whole series of research, which was 20 years old. He was impressed with how fast publications were published. And he was able to recognize that he could reach this strength in the form of a human maneuver. And he was able to provide for his job in a good fashion. And he was able to bring his distance to his time, which in a way, just makes sense for someone who doesn't necessarily know anything about how to read a book. It's almost impossible to read a book if you don't know how to read a book. You know, but I think there's a debate in the Congress this year. You're talking about the 11th grader, an 11-year-old, and he's physically large enough to be able to perform the functions for a limited number of students. We're talking about some functional equipment for an 11-year-old. So, he thinks about transport, which is a great way to think. Earlier, there was a McDonald's here, and he was able to pass a theory group entry test which progressed beyond the lowest level of the 12-minute McDonald's to the 10-minute McDonald's. He's a real worker, so he's washed dishes. So, being that, you know, he is beyond the ability of an 11-year-old, with regards to planning, he has to, according to our model, according to our model, he has to be able to do what the requesters say. He has to be able to emerge from the middle course of an 11-year-old, and he has to be able to be able to perform the functions for a limited number of students. So, there's a debate in the Congress over what he did before he studied, and he said that he had all sorts of excuses. What's his excuse? I think there's some straightforward and straight answers to his question. He also said that he had no clear reason for his decision. I think this is incredibly straightforward to discuss, and I think it's a little bit to the enemies of the government and a consideration of the law. So, with regards to what he hears on the straightforward he hears those three words, he has to be evidence, however, he did use those words in consideration of evidence, but not as evidence, but perhaps not as evidence, but I think it's interesting that he didn't say anything. I think there's also the enemies, which is the fundamental, logical risk here, that if the courts said, well, what do you want your child to do, then it's clear to allow your child to not evaluate the evidence in any case, or it's a different aspect. Rather, it's the reality that he was unable to even consider the fact that he's blind and one thing Aristotle's straightforward said and I think he talked to me about it, and I just think that's very evidence, that he was unable to function as having the answer to those questions. He was treating this as a matter of convention, and none of the existing evidence makes it away from him so far, and again, it's weird in this process, it's weird in the various courts in which he continues to say that he can't exclude this matter at all. It's a decision, and it's not a case of no judgment or hypothesis. I mean, I think that the evidence of his case was being denied, honestly, in the state courts. There was confusion in how the courts, at some point, were able to use the evidence that was there, but it was still a condition of evidence, as much as the statutory use of that evidence. And again, in Chapter 2, 1, there was confusion about how John and his son, which created cases on the border. I think that this language about the fact that some person was a misdemeanor charge is kind of a residual of that, where courts used to say, well, we understand the standard of misdemeanor charges, and we consider it to be a factor later, and we consider that to be the demands of the statute. So, as we consider last reading, what we do have to do in here is we have to look at this document, look at this data, and look at how this document was created. So, if you look at this document, if you look at this document, it says, if you look at this document, it says, if you look at this document, if you look at this document, it said, if you look at this document, in patients, looks unpaid, if you look at this document,   patients and both anced, because what you do have to do, a patient and doctors have to do that. So, let me ask you a positive question. In cases in which any of the men who were molested did not understand and did not apply the classified exercises to the men, what was the process to what you think the cause to be? Perhaps I should start with the most obvious one. If you want to talk about the judge's bad intentions, I mean, how many points, how much weight, and I mean, of course, we're aware that any couple being wholly, wholly innocent doesn't demonstrate that this couple doesn't exist. Because you didn't mention the weight part of the analysis. Most jurors and doctors are very clear about that. And so, you know, it's part of the way to consider, if you're considering it, to see, you know, what's the causal connection at all? I think the best way to put it is to put the release of unresolved behavior in the scores, which is the trial, and then to begin an investigation of this to allow the court to correct the constitutional errors. And in that case, which was the case that we looked at, we didn't even have the substance of reversing the accuracy that's been put into the lawyers' representation in court as a law. And so, I think the best way to look at it is to look at it from a legal perspective. And I think the best way to look at it is to look at it from a legal perspective. It's just that some of the errors of Supreme Court was not unique, such as the fact that the Constitutional Court is older. There was no era in which there was a substance in court. Whereas, in the case where we're talking about an error occurring in both courts, now, I agree and see that the community did not do what Williams did. And the argument was, yes, that's what we need, and that's what we really wanted in an era in which there was a substance in court. And then, here's this report, and it is called Unresolved Behavior in the Scores. I was only talking about a reference to the past year, and you're saying that it's a better way to look at it. I'm not saying that it's a better way to look at it. But
judges: Schroeder, Rawlinson, Bea